**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _____
                                  (State)

Case number (If known): _____ Chapter \_\_\_\_

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  James F. Humphreys & Associates, L.C.

2. **All other names debtor used in the last 8 years**   None
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**   3 1 – 1 4 8 8 3 2 0

4. **Debtor's address**

   **Principal place of business**
   10 Hale Street
   Number    Street
   Suite 400
   Charleston      WV     25301
   City          State    ZIP Code

   Kanawha
   County

   **Mailing address, if different from principal place of business**
   _____
   Number    Street
   P.O. Box
   _____
   City          State    ZIP Code

   **Location of principal assets, if different from principal place of business**
   _____
   Number    Street
   _____
   City          State    ZIP Code

5. **Debtor's website (URL)**   www.JFHumphreys.com

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **James F. Humphreys & Associates, L.C.**    Case number (if known) _____
      Name

7. **Describe debtor's business**

    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☒ None of the above

    B. *Check all that apply:*

    ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

    ___  ___  ___  ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*

    ☐ Chapter 7
    ☐ Chapter 9
    ☒ Chapter 11. *Check all that apply:*

        ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

        ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

    ☒ No
    ☐ Yes.  District _____  When ___/___/_____  Case number _____
                            MM / DD / YYYY
            District _____  When ___/___/_____  Case number _____
                            MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes.  Debtor _____  Relationship _____
            District _____  When ___/___/_____
                            MM / DD / YYYY
            Case number, if known _____

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page **2**

Debtor  **James F. Humphreys & Associates, L.C.**  Case number (if known) _____
         Name

| | |
|---|---|
| 11. **Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>Where is the property? _____<br>    Number  Street<br>_____<br>    City  State  ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>    Contact name _____<br>    Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| 13. **Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| 14. **Estimated number of creditors** | ☐ 1-49     ☒ 1,000-5,000     ☐ 25,001-50,000<br>☐ 50-99     ☐ 5,001-10,000     ☐ 50,001-100,000<br>☐ 100-199     ☐ 10,001-25,000     ☐ More than 100,000<br>☐ 200-999 |
| 15. **Estimated assets** | ☐ $0-$50,000     ☒ $1,000,001-$10 million     ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000     ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000     ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion |

Debtor  James F. Humphreys & Associates, L.C.  Case number (if known)_____
         Name

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/12/2016
              MM / DD / YYYY

X _James Humphreys_         James F. Humphreys
Signature of authorized representative of debtor    Printed name

Title  President

**18. Signature of attorney**

X _[signature]_           Date  1/13/16
Signature of attorney for debtor        MM / DD / YYYY

Danielle L. Dietrich
Printed name

Tucker Arensberg PC
Firm name

1500 PPG Place
Number    Street

Pittsburgh                              PA      15222
City                                    State   ZIP Code

(412)566-5605                           ddietrich@tuckerlaw.com
Contact phone                           Email address

10151                                   WV
Bar number                              State

# RESOLUTION AUTHORIZING FILING OF BANKRUPTCY PETITION

This Resolution Authorizing Filing of Bankruptcy Petition is hereby adopted by James F. Humphreys, an individual ("Humphreys"), being the sole shareholder, sole member of the board of directors, and President of James F. Humphreys & Associates, L.C., a legal corporation organized under the laws of the State of West Virginia (the "Company"):

WHEREAS, Humphreys is the sole shareholder and sole member of the board of directors of the Company;

WHEREAS, Humphreys is the duly appointed President of the Company;

WHEREAS, Humphreys has received and reviewed information concerning the financial condition of the Company; and

WHEREAS, Humphreys has determined, in his reasonable business judgment, that the Company should seek relief from its debts under the supervision of a United States Bankruptcy Court.

NOW, THEREFORE, BE IT RESOLVED, THAT,

1. The Company is authorized to file a voluntary petition for bankruptcy in a United States Bankruptcy Court of appropriate jurisdiction.

2. James F. Humphreys (the "Authorized Person") is authorized and directed to prepare or cause to be prepared all documents, petitions, pleadings and other instruments necessary or, in the sole discretion of the Authorized Person, appropriate, to cause the initiation or prosecution of a case under Chapter 7 or Chapter 11 of the Bankruptcy Code.

3. Authorized Person is authorized and directed to employ and retain the law firm of Tucker Arensberg P.C. to represent the Company in its case under the Bankruptcy Code upon such retainer and compensation agreement as may seem, in the sole discretion of such Authorized Person, appropriate.

*[Signature page follows]*

IN WITNESS WHEREOF, the undersigned has hereunto subscribed his name to this Resolution Authorizing Filing of Bankruptcy Petition as of this 6th day of January, 2016.

_____
James F. Humphreys,
Sole Shareholder, Sole Director, & President of
James F. Humphreys & Associates, L.C.

2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| JAMES F. HUMPHREYS & ) | |
| ASSOCIATES, L.C.[1] ) | Case No. 16-[ ] |
| ) | |
| Debtor ) | |

**CONSOLIDATED LIST OF CREDITORS HOLDING**
**20 LARGEST UNSECURED CLAIMS AGAINST DEBTOR**

On January 13, 2016, the above-captioned debtor in this Chapter 11 case (the "Debtor"), filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code. Pursuant to Rule 1007(d) of the Federal Rules of Bankruptcy Procedure, the following list provides information with respect to the holders of the twenty (20) largest unsecured claims against the Debtor. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 and (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the consolidated twenty (20) largest unsecured claims.

The information contained herein shall not constitute an admission of liability by, nor is it binding on, the Debtor. The Debtor reserves all rights to assert that any debt or claim listed herein is a disputed claim or debt, and to challenge the priority, nature, amount, or status of any such claim or debt. In the event of any inconsistencies between the summaries set forth below and the respective corporate and legal documents relating to such obligations, the descriptions in the corporate and legal documents shall control.

---

[1] The last four digits of the Debtor's Federal Tax I.D. Number (8320). The Debtor's mailing address is 10 Hale Street, Suite 400, Charleston, WV 25301.

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **James F. Humphreys & Associates, L.C.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF WEST VIRGINIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                      12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AAJ 777 6TH STREET, NW, SUITE 200 Washington, DC 20001 | | | | | | $2,500.00 |
| AFLAC 1932 WYNNTON ROAD, COLUMBUS, GA 31999 | | | | | | $88.38 |
| ALL 4 ONE ANSWERING SERVICE 5303 B MACCORKLE AVE SE, CHARLESTON, WV | | | | | | $63.90 |
| AMERICAN EXPRESS PO BOX 0001, LOS ANGELES, CA 90096 | | | | | | $1,984.26 |
| AT&T MOBILITY PO BOX 6463, CAROL STREAM, IL. 60197 | | | | | | $702.57 |
| CHASE CARD SERVICES PO BOX 15153, WILMINGTON, DE 19886 | | | | | | $1,906.65 |
| CITY OF CHARLESTON PO BOX 7786, CHARLESTON, WV 25356 | | | | | | $790.00 |

Debtor **James F. Humphreys & Associates, L.C.**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **CITY OF CHARLESTON TAXES & FEES** PO BOX 7786, CHARLESTON, WV 25356 | | | | | | $8,477.00 |
| **HIGHMARK OF WV** PO BOX 382153, PITTSBURGH, PA 15251 | | | | | | $8,473.59 |
| **KOMAX BUSINESS SYSTEMS** 500 D STREET, SOUTH CHARLESTON, WV 25303 | | | | | | $617.34 |
| **LUMOS** PO BOX 11171 , CHARLESTON,WV 25339 | | | | | | $1,818.26 |
| **NETJETS AVIATION** PO BOX 933300, ATLANTA, GA 31193 | | | | | | $11,881.00 |
| **ONE BRIDGE PLACE ASSOCIATES LTD** 10 HALE STREET, CHARLESTON, WV 25301 | | | | | | $8,020.21 |
| **ORION LAW MANAGEMENT** 1827 POWERS FERRY ROAD, ATLANTA, GA 3033 | | | | | | $425.00 |
| **PRINCIPAL FINANCIAL** PO BOX 10372, DES MOINES, IA 50306 | | | | | | $1,175.12 |
| **REAL ESTATE RESOURCES INC.** PO BOX 1085, CHARLESTON, WV 25324 | | | | | | $5,956.91 |
| **SUDDENLINK** PO BOX 742529, CINCINNATI, OH 45274 | | | | | | $94.94 |
| **THOMSON ELITE** 800 CORPORATE POINTE SUITE 150, CULVER C | | | Contingent Unliquidated Disputed | | | $6,458.75 |

Debtor  **James F. Humphreys & Associates, L.C.**                                   Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **UPS** <br> **PO BOX 7247-0244,** <br> **PHILADELPHIA, PA** <br> **19170** | | | | | | **$6,424.37** |
| **US PREMIUM FINANCE** <br> **PO BOX 630035,** <br> **CINCINNATI, OH 45263** | | | | | | **$250.12** |

**Fill in this information to identify the case:**

Debtor name   **James F. Humphreys & Associates, L.C.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 13, 2016**          X **/s/ James F. Humphreys**
                                              Signature of individual signing on behalf of debtor

                                              **James F. Humphreys**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

## United States Bankruptcy Court
### Southern District of West Virginia

In re **James F. Humphreys & Associates, L.C.**               Case No.
Debtor(s)                                                     Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| James F. Humphreys<br>10 HALE STREET, SUITE 400<br>Charleston, WV 25301 | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **January 13, 2016**                Signature  **/s/ James F. Humphreys**
                                                    **James F. Humphreys**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| JAMES F. HUMPHREYS & ) | |
| ASSOCIATES, L.C.[1] ) | Case No. 16-[ ] |
| ) | |
| Debtor ) | |

## CERTIFICATION CONCERNING CREDITOR MATRIX

Pursuant to Local Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the Southern District of West Virginia, the *Creditor Matrix* submitted herewith, formatted in portable document format, containing the list of creditors of the Debtor, is true and correct and consistent with the Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records. However, no comprehensive legal and/or factual investigations have been completed with regard to any claims (or possible claims) of any of the parties set forth in the *Creditor Matrix* or as to any defenses (or possible defenses) thereto. Therefore, the listing does not and should not be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtor.

---

[1] The last four digits of the Debtor's Federal Tax I.D. Number (8320). The Debtor's mailing address is 10 Hale Street, Suite 400, Charleston, WV 25301.

**Fill in this information to identify the case:**

Debtor name: **James F. Humphreys & Associates, L.C.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known):

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☒ Other document that requires a declaration    **Certification concerning creditor matrix.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 13, 2016**      X **/s/ James F. Humphreys**
                                      Signature of individual signing on behalf of debtor

                                      **James F. Humphreys**
                                      Printed name

                                      **President**
                                      Position or relationship to debtor