**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| In re                                    ) | |
| ) | Chapter 11 |
| JAMES F. HUMPHREYS &          ) | |
| ASSOCIATES, L.C.                 ) | Case No. 16-20006 |
| ) | |
| Debtor                            ) | |

**APPLICATION TO EMPLOY AND RETAIN TUCKER ARENSBERG, P.C., AS COUNSEL FOR THE DEBTOR-IN-POSSESSION PURSUANT TO 11 U.S.C. §§ 327(a) AND 329 EFFECTIVE AS OF THE PETITION DATE**

James F. Humphreys & Associates, L.C., (the "Debtor"), by an through its undersigned counsel, hereby applies (the "Application") to this Honorable Court for entry of an order under Sections 327(a) and 329 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (as amended; hereinafter the "Bankruptcy Code"), authorizing the employment and retention of Tucker Arensberg, P.C. ("Tucker Arensberg") as counsel for the Debtor as of the Petition Date (as defined below). In support of this Application, the Debtor relies on the verified declaration of Judith K. Fitzgerald (the "Declaration), a copy of which is attached hereto as Exhibit A. In further support of this Application, the Debtor respectfully states as follows:

**I.    JURISDICTION AND VENUE**

1.    This Court has jurisdiction to consider this Application under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper under 28 U.S.C. §§ 1408 and 1409.

2.    The statutory predicates for the relief requested herein are sections 327(a) and 329 of the Bankruptcy Code, Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 2014-1 and 2016-1 of the Local

Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of West Virginia (the "Local Rules").

## II.    BACKGROUND

3.    The Debtor is engaged principally in the business of providing experienced and compassionate legal representation to injury victims and their families primarily in West Virginia. The Debtor's attorneys are licensed in West Virginia, Ohio, Kentucky, and Washington, D.C., and the Debtor has the ability to represent its clients in region-wide litigation.

4.    On January 13, 2016 (the "Petition Date") and contemporaneous with the filing of this Application, the Debtor filed a voluntary petition in this Court for relief under Chapter 11 of the Bankruptcy Code.

5.    The Debtor continues to operate its business as a debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

6.    No trustee or examiner has been appointed in this Chapter 11 case and no committee has been appointed or designated.

## III.   RETENTION OF TUCKER ARENSBERG, P.C.

7.    By this Application, the Debtor seeks to employ and retain Tucker Arensberg as its counsel in this bankruptcy case and for all related matters, effective as of the Petition Date. Accordingly, the Debtor respectfully requests the entry of an order pursuant to sections 327(a) and 329 of the Bankruptcy Code authorizing it to employ and retain Tucker Arensberg as its counsel to perform the legal services that will be necessary during its Chapter 11 case as more fully described below.

8.    The Debtor seeks to retain Tucker Arensberg as its counsel because of Tucker

Arensberg's experience and expertise in the field of business reorganizations under Chapter 11 of the Bankruptcy Code and its ability to respond quickly to the multitude of legal issues that may arise in this case. The Debtor submits that Tucker Arensberg is both well-qualified and uniquely able to represent it in this case in an efficient and timely manner. Tucker Arensberg has substantial experience in the area of mass tort asbestos claims in bankruptcy as well as trusts and other complex issues in the bankruptcy context. Tucker Arensberg's retention is in the best interest of the Debtor and the estate.

9. Subject to Court approval under section 330(a) of the Bankruptcy Code, compensation will be payable to Tucker Arensberg on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by Tucker Arensberg. The hourly rates charged by Tucker Arensberg are consistent with the rates charged in comparable non-bankruptcy matters and are subject to periodic adjustments to reflect economic and other conditions.

10. Tucker Arensberg's hourly rates vary with the experience and seniority of the individuals assigned and may be adjusted by Tucker Arensberg from time to time. Tucker Arensberg's current customary hourly rates for the individuals expected to participate in these cases range from $175 to $550. It is Tucker Arensberg's policy to charge its clients in all areas of practice for all expenses incurred in connection with a client's case. The expenses routinely charged to clients include, among other things, photocopying, witness fees, travel expenses, filing and recording fees, long distance telephone calls, postage, express mail and messenger charges, computerized legal research charges and other computer services, expenses for working meals and telecopier charges. Tucker Arensberg will charge the Debtor for these expenses in a manner and at rates consistent with charges

made generally to its other clients.

11. The professional services that Tucker Arensberg will render to the Debtor may include, but shall not be limited to, the following:

a. advising the Debtor with respect to its powers and duties as a debtor in possession in the continued management and operation of its business and properties;

b. attending meetings and negotiating with representatives of creditors and other parties-in-interest;

c. taking actions to protect and preserve the Debtor's estate;

d. preparing on behalf of the Debtor all motions, applications, answers, orders, reports, and papers necessary to the administration of the estate;

e. negotiating and preparing on the Debtor's behalf any plan(s) of reorganization, disclosure statement(s), and all related agreements and/or documents, and take any necessary action on behalf of the Debtor to obtain confirmation of such plan(s);

f. representing the Debtor in connection with post-petition financing;

g. advising the Debtor in connection with any potential sale of assets;

h. representing the Debtor in adversary proceedings, if any, filed in this case;

i. appearing before this Court, any appellate courts, and the United States Trustee and protecting the interests of the Debtor's estate before such courts and the United States Trustee;

j. consulting with the Debtor regarding non-bankruptcy disciplines of law such as, by way of example only, tax, labor and employment, real estate, corporate finance, securities, and certain litigation matters; and

k. performing all other necessary legal services and provide all other necessary legal advice to the Debtor in connection with this Chapter 11 case.

12. Tucker Arensberg understands that the Debtor intends to retain other professionals during the term of the engagement and agrees to work cooperatively with such professionals to integrate any respective work conducted by the professionals on behalf of the Debtor. Tucker Arensberg has assured the Debtor that it will work closely with its

professionals and will avoid duplication of services being provided by other professionals.

13. Except as set forth in the Declaration, to the best of the Debtor's knowledge, Tucker Arensberg: (a) does not have any connection with the Debtor, its affiliates, its creditors, the United States Trustee, any person employed in the Office of the United States Trustee, or any other party in interest, or its respective attorneys and accountants; (b) is a "disinterested person," as that term is defined in section 101(14) of the Bankruptcy Code; and (c) does not hold or represent any interest adverse to the Debtor's estate.

14. Tucker Arensberg intends to apply to the Court for allowance of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee (the "Fee Guidelines"). All attorneys who will be rendering services on behalf of the Debtor will maintain billing records setting forth complete and detailed activity descriptions, including a time allotment billed in increments of one-tenth of an hour. Each activity will include a description of the type and subject matter of the activity undertaken.

15. The Debtor, subject to the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules of the United States Bankruptcy Court for the Southern District of West Virginia (the "Local Rules"), orders of this Court, and the Fee Guidelines, proposes to pay Tucker Arensberg, LC its customary hourly rates in effect from time to time as set forth in this Application and submits that such rates are reasonable.

16. Prior to the Petition Date, Tucker Arensberg received a retainer of $50,000 (the "Retainer"). The Retainer was applied to invoices for services rendered in contemplation

of this Case and reimbursement of related costs and expenses incurred by Tucker Arensberg on behalf of the Debtor. After payment for pre-petition services, the balance of the Retainer held by Tucker Arensberg is $22,369. The Retainer shall be used to pay the initial filing fee for this Chapter 11 case and shall serve as security for the payment of all unpaid post-petition fees and expenses owed to Tucker Arensberg by the Debtor, as may be further ordered by the Court in accordance with the Application.

17. No previous request for the relief sought herein has been made to this Court or any other court.

WHEREFORE, the Debtor prays that this Honorable Court enter an order authorizing the employment of Tucker Arensberg, P.C., upon the terms set forth in this Application and as proposed in Exhibit B, and granting such other and further relief as is just and proper.

    Respectfully Submitted,

    /s/ Danielle L. Dietrich

    Danielle L. Dietrich, Esquire
    WV I.D. No. 10151
    Judith K. Fitzgerald, Esquire*
    PA I.D. No. 18110
    Beverly Weiss Manne, Esquire*
    PA I.D. No. 34545
    Jeremiah Vandermark, Esquire*
    PA I.D. No. 317230
    **TUCKER ARENSBERG, P.C.**
    1500 One PPG Place
    Pittsburgh, Pennsylvania 15222
    Phone: (412) 566-1212
    ddietrich@tuckerlaw.com
    jfitzgerald@tuckerlaw.com
    bmanne@tuckerlaw.com
    jvandermark@tuckerlaw.com

    Counsel for the Debtor
    *Visiting attorney applications pending

# CERTIFICATE OF SERVICE

I, Danielle L. Dietrich, do hereby certify that Tucker Arensberg, P.C., has served on this 13th day of January, 2016, the "Application to Employ and Retain Tucker Arensberg, P.C., as Counsel for the Debtor-In-Possession Pursuant to 11 U.S.C. §§ 327(a) and 329 Effective as of the Petition Date" upon the following by depositing true and exact copies thereof in the United States Mail, first class postage prepaid:

| | | | | | |
|---|---|---|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE | 300 VIRGINIA STREET, EAST | ROOM 2025 | CHARLESTON | WV | 25301 |
| JAMES F. HUMPHREYS | 10 HALE STREET, SUITE 400 | | CHARLESTON | WV | 25301 |
| DIXON HUGHES GOODMAN, LLP | 48 DONLEY STREET, #600 | | MORGANTOWN | WV | 26501 |
| US DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE | P.O. BOX 7346 | | PHILADELPHIA | PA | 19101-7436 |
| CENTRALIZED INSOLVENCY OPERATION, INTERNAL REVENUE SERVICE | P.O. BOX 21126 | | PHILADELPHIA | PA | 19114 |
| WV DEPARTMENT OF TAX & REVENUE, BANKRUPTCY UNIT | P.O. BOX 766 | | CHARLESTON | WV | 25323-0766 |
| CITY OF CHARLESTON OFFICE OF THE CITY COLLECTOR | 915 QUARRIER STREET #4 | | CHARLESTON | WV | 25301 |
| KANAWHA COUNTY SHERIFF'S TAX OFFICE | 409 VIRGINIA STREET, EAST | | CHARLESTON | WV | 25301 |
| WEST VIRGINIA STATE TAX DEPARTMENT | 1001 LEE STREET EAST | | CHARLESTON | WV | 25323 |
| US BANK N.A. | 1850 OSBORN AVENUE | | OSHKOSH | WI | 54902 |
| UNITED BANK | 500 VIRGINIA STREET, EAST | | CHARLESTON | WV | 25301 |
| CITY NATIONAL BANK OF WEST VIRGINIA | 10 HALE STREET | | CHARLESTON | WV | 25301 |
| SHUMAN, MCCUSKEY & SLICER | P.O. BOX 3953 | | CHARLESTON | WV | 25339 |
| ONE BRIDGE PLACE ASSOCIATES LTD | 10 HALE STREET | | CHARLESTON | WV | 25301 |
| REAL ESTATE RESOURCES INC. | PO BOX 1085 | | CHARLESTON | WV | 25324 |
| NETJETS AVIATION | PO BOX 933300 | | ATLANTA | GA | 31193 |
| US PREMIUM FINANCE | PO BOX 630035 | | CINCINNATI | OH | 45263 |

| | | | | | |
|---|---|---|---|---|---|
| HIGHMARK OF WV | PO BOX 382153 | | PITTSBURGH | PA | 15251 |
| THOMSON ELITE | 800 CORPORATE POINTE | SUITE 150 | CULVER CITY | CA | 90230 |
| AAJ | 777 6TH STREET, NW | SUITE 200 | WASHINGTON | DC | 20001 |
| CITY OF CHARLESTON TAXES & FEES | PO BOX 7786 | | CHARLESTON | WV | 25356 |
| KOMAX BUSINESS SYSTEMS | 500 D STREET | | SOUTH CHARLESTON | WV | 25303 |
| CITY OF CHARLESTON | PO BOX 7786 | | CHARLESTON | WV | 25356 |
| ORION LAW MANAGEMENT | 1827 POWERS FERRY ROAD | | ATLANTA | GA | 30339 |
| UPS | PO BOX 7247-0244 | | PHILADELPHIA | PA | 19170 |
| LUMOS | PO BOX 11171 | | CHARLESTON | WV | 25339 |
| AT&T MOBILITY | PO BOX 6463 | | CAROL STREAM | IL | 60197 |
| CHASE CARD SERVICES | PO BOX 15153 | | WILMINGTON | DE | 19886 |
| AMERICAN EXPRESS | PO BOX 0001 | | LOS ANGELES | CA | 90096 |
| PRINCIPAL FINANCIAL | PO BOX 10372 | | DES MOINES | IA | 50306 |
| SUDDENLINK | PO BOX 742529 | | CINCINNATI | OH | 45274 |
| FILE & SERVE XPRESS INC | PO BOX 844419 | | DALLAS | TX | 72584 |
| ALL 4 ONE ANSWERING SERVICE | 5303 B MACCORKLE AVE SE | | CHARLESTON | WV | 25301 |
| CHARLESTON NEWSPAPER | PO BOX 3142 | | CHARLESTON | WV | 25330 |
| D&M INC. | PO BOX 1639 | | SOPHIA | WV | 25921 |
| SOFTWARE COMPUTER GROUP INC | PO BOX 27 | | FRAZIERS BOTTOM | WV | 25082 |
| AFLAC | 1932 WYNNTON ROAD | | COLUMBUS | GA | 31999 |
| LEXIS NEXIS RISK DATA MANAGEMENT | PO BOX 7247-6157 | | PHILADELPHIA | PA | 19170 |
| IRA HORNE | 519 GRAYS BRANCH ROAD | | CEDAR BLUFF | VA | 24609 |
| MAVIS HORNE | 519 GRAYS BRANCH ROAD | | CEDAR BLUFF | VA | 24609 |
| LIANA R. WOODS | 312 CALL ROAD | | CHARLESTON | WV | 25320 |
| JOSHUA SAVAGE | P.O. BOX 420 | | CEDAR BLUFF | VA | 24609 |
| CLARENCE CHILDRESS | 170 ALTIZER DRIVE | | CEDAR BLUFF | VA | 24609 |
| MICHAEL R. REMLEY | P.O. BOX 1077 | | RUPERT | WV | 25984 |
| SHAWN BOYD | RT 1 | | CEDAR BLUFF | VA | 24609 |
| TERRI DYE | 2010 SALMON RIVER DRIVE | | MONROE | NC | 28110 |
| MYRON G. CORDLE C/O LENA MARTIN | 4900 1/2 WASHINGTON WEST | | CHARLESTON | WV | 25313 |
| LINDA HUBBARD | 407 GRAYS BRANCH ROAD | | CEDAR BLUFF | VA | 24609 |

| PAM ROBBINS | 560 ROBINS NEST LANE | | CEDAR BLUFF | VA | 24609 |
|---|---|---|---|---|---|
| CAROLYN HORNE | 860 GRAYS BRANCH RD | | CEDAR BLUFF | VA | 24609 |
| WILLIAM ERIC KIDD | 900 NW 67TH TER | | MARGATE | FL | 33063 |
| CARRIE HAMMOND | 428 GRAYS BRANCH ROAD | | CEDAR BLUFF | VA | 24609 |
| ELDEN JAMES HORNE | P.O. BOX 999 | | RAVEN | VA | 24639 |
| JONCE SAMUEL WRIGHT | RT 3 | | CEDAR BLUFF | VA | 24609 |
| WADE FERRELL | 325 CLAYPOOL HILL MALL ROAD | | CEDAR BLUFF | VA | 24609 |
| MICHAEL BOYD | RR 3 | | CEDAR BLUFF | VA | 24609 |
| CHARLES ROBINETTE | 341 GRAYS BRANCH ROAD | | CEDAR BLUFF | VA | 24609 |
| SANDRA S. BROCE | P.O. BOX 192 | | FALLS MILLS | VA | 24613 |
| JACK HAMM | 125 ROSEBUD STREET | | CEDAR BLUFF | VA | 24609 |
| MARK RATLIFF | 120 HARMONY DRIVE | | CEDAR BLUFF | VA | 24609 |
| RALPH HARMAN | 700 GRAYS BRANCH | | CEDAR BLUFF | VA | 24609 |
| JOSEPH HORNE | P.O. BOX 641 | | CEDAR BLUFF | VA | 24609 |
| TEDDY HORNE | P.O. BOX 154 | | POUNDING MILL | VA | 24637 |
| JAMES LESTER | 1094 LAURELWOOD ACRES ROAD | | CEDAR BLUFF | VA | 24609 |
| BEVERLY MCCORMICK | BOX 20 | | SOD | WV | 25564 |
| DENNIS CLEO MADDEN | 213 17TH STREET | | DUNBAR | WV | 25064 |
| WILLIE S. VIARS | 1905 WHITMAN RD | | WHITMAN | WV | 25652 |
| KAREN MAE WEST | 1081 STAUNTON TURNPIKE | | PARKERSBURG | WV | 26104 |
| THE LAW OFFICE OF P. RODNEY JACKSON | 401 FIFTH THIRD CENTER | | CHARLESTON | WV | 25301 |
| ROBINSON & MCELWEE PLLC | 400 FIFTH THIRD CENTER | | CHARLESTON | WV | 25301 |

      Respectfully Submitted,

      /s/ Danielle L. Dietrich

      Danielle L. Dietrich, Esquire
      WV I.D. No. 10151
      **TUCKER ARENSBERG, P.C.**
      1500 One PPG Place
      Pittsburgh, Pennsylvania 15222
      Phone: (412) 566-1212
      ddietrich@tuckerlaw.com

      Counsel for the Debtor