## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION


IN RE:   JAMES F. HUMPHREYS & ASSOCIATES, L.C.

                      Debtor.

JAMES F. HUMPHREYS & ASSOCIATES, L.C.,

                      Appellant,

v.                                           CIVIL ACTION NO.   2:16-cv-06596

IRA CALVERY HORNE, et al.,

                      Appellees.


## ORDER


Pending before the Court is the parties' Joint Motion to Dismiss.  (ECF No. 31.)   On November 18, 2016, the Court stayed these consolidated appeals pending approval of the Debtor's Combined Plan of Reorganization and Disclosure Statement Together with Injunction and Channeling Injunction ("the Plan") by the bankruptcy court.   The Plan has since been approved, confirming the resolution of the parties' dispute and mooting these appeals. Accordingly, the Court **LIFTS THE STAY**, **GRANTS** the Motion to Dismiss, and **DISMISSES** this action **WITH PREJUDICE**.   The Court **DIRECTS** the Clerk to remove this action, along with the cases consolidated within it, from the docket of the Court.

**IT IS SO ORDERED.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:        March 14, 2017

_____

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE